UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                                              CRIMINAL ACTION NO. 3:06CR-49-S

PEDRO PACHECO-LOPEZ                                                                   DEFENDANT

## MEMORANDUM OPINION AND ORDER

This matter is before the court on motion of the defendant, Pedro Pacheco-Lopez, to suppress evidence on the ground that statements were taken from him in violation of the Vienna Convention on Consular Relations (DN 56).

The United States Court of Appeals for the Sixth Circuit has held that

> [T]he Vienna Convention does not create a right for a detained foreign national to consult with the diplomatic representatives of his nation that the federal courts can enforce.  A contrary conclusion risks aggrandizing the power of the judiciary and interfering and interfering in the nation's foreign affairs, the conduct of which the Constitution reserves for the political branches...If a foreign sovereign to whose benefit the Vienna Convention inures cannot seek a judicial remedy, we cannot fathom how an individual foreign national can do so in the absence of express language in the treaty.

*United States v. Emuegbunam*, 268 F.3d 377, 394 (6th Cir. 2001).  This remains the law in this circuit after the decision of the United States Supreme Court decision in *Sanchez-Llamas v. Oregon*, 126 S.Ct. 2669 (2006), as the Court did not address whether the Vienna Convention created enforceable individual rights.  *See, United States v. Garcia-Perez*, 2006 WL 2075253 (6th Cir. July 26, 2006), unpubl. ("The prior (*Emeugbunam*] decision remains controlling authority unless an inconsistent decision of the United States Supreme Court requires modification of the decision or this Court sitting en banc overrules the prior decision").

For the reasons set forth hereinabove and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the motion of the defendant, Pedro Pacheco-Lopez, to suppress evidence (DN 56) is **DENIED**.

**IT IS SO ORDERED.**